UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CLARK,<br><br>    PLAINTIFF,<br><br>v.<br><br>THOMAS HANLEY, PETER MURPHY, KIMBERLY WEIR, KEVIN MANLEY, ANGEL QUIROS, AND JOHN/JANE DOES 1–9,<br><br>    DEFENDANTS. | Case No. 3:18-CV-01765-JAM<br><br><br><br>November 6, 2020 |

**CONSENTED TO MOTION FOR
LEAVE TO FILE A SECOND AMENDED COMPLAINT AND ADD PARTIES**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7(f), Plaintiff Nicholas ("Veronica May") Clark respectfully moves this Court for leave to file a Second Amended Complaint that (1) removes as a defendant Angel Quiros and (2) adds as a defendant Roberto Quiros.

This suit arises from numerous sexual assaults perpetrated against Plaintiff Nicholas ("Veronica May") Clark by Thomas Hanley, a former corrections officer at, and the General Maintenance Officer of, the MacDougall-Walker Correctional Institution ("MacDougall Walker") while she was an inmate there. On August 11, 2020, Ms. Clark, through her counsel, filed her First Amended Complaint that added further factual bases for her claims (including facts relating to the extraordinary circumstances that prevented Ms. Clark from filing earlier), additional claims, and additional defendants who worked for the State of Connecticut's Department of Corrections ("DOC") at MacDougall-Walker at all pertinent times hereto. In particular, the First Amended Complaint alleged that Angel Quiros – now the Commissioner of the DOC – was named as one of

the newly added Defendants. Mr. Quiros was included as a defendant based on a reasonable investigation of documents provided to Ms. Clark by the Office of the Victim Advocate that it obtained from the State pursuant to Connecticut's Freedom of Information Act, which referenced the involvement of an individual with the last name "Quiros," but redacted the first name.

Since then, Plaintiff's counsel has been in communications with the Connecticut Attorney General's Office (the "AG") to determine whether it will be accepting service on behalf of and/or representing Defendants Peter Murphy, Kimberly Weir, Kevin Manley, and/or Angel Quiros.[1] During the course of those discussions, the AG notified Plaintiff's counsel that Angel Quiros's brother – Mr. **Roberto** Quiros – had worked for the DOC as a Captain at MacDougall Walker, but that Mr. **Angel** Quiros had never worked at that institution and was presumably identified in error.

Accordingly, based upon this new information, Ms. Clark hereby moves the Court for leave to file a Second Amended Complaint pursuant to Fed.R.Civ.P. 15, which has been modified solely to correct the name of the intended defendant from Angel Quiros to Robert Quiros. *See* Proposed Second Amended Complaint, attached as Exhibit 1.[2] Defendant Thomas Hanley and his counsel do not oppose this motion for leave. Leave would be appropriate to grant here because Angel Quiros has not yet been served; Mr. Hanley consents to the amendment; the reason for the error is due to the fact that the documents from which Angel Quiros was mistakenly identified redacted Mr. Quiros's first name; and because the interests of justice would be furthered by allowing Ms. Clark to amend her pleading so that her claims are asserted against the persons actually responsible for the alleged unlawful conduct.

---

[1] Notably, only Thomas Hanley has been served to date. The remaining named defendants are not yet parties to this action.

[2] Attached as Exhibit 11 is a redline comparison between the First Amended Complaint and the Second Amended Complaint.

**WHEREFORE**, Plaintiff Veronica May Clark moves the Court for Leave to File an Amended Complaint.

Respectfully submitted,

*/s/ Benjamin H. Diessel*
Benjamin H. Diessel (ct30383)
WIGGIN AND DANA LLP
One Century Tower, P.O. Box 1832
New Haven, CT, 06508-1832
Telephone: 203-498-4400
Facsimile: 203-782-2889
bdiessel@wiggin.com

*Counsel for Plaintiff*