# EXHIBIT A

**INFORMATION**
JD-CR-71 ,Rev. 3-11

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

Pg 1 of 3

Disposition date 1-17-13

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1100462012 | **Connecticut State Police, Troop H** | |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town)* of accused | Docket number |
|---|---|---|
| **Hanley, Thomas** | **Ellington** | CR11-1606641 |

| Address | Date of birth | The undersigned Prosecuting |
|---|---|---|
| **16 Sprucewood Drive, Ellington, Connecticut** | **02/11/1971** | Authority of the Superior Court |

| To be held at *(Town)* | Geographical area number | Court date | of the State of Connecticut |
|---|---|---|---|
| **Enfield** | **13** | 12-22-11 | charges that: |

| Count One — Did commit the offense of: | Continued to | Purpose | Reason |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓ | 1-23-12 | P | 5-11-12 X |

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | 9-13-12 X |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | 3-15-12 X |

**Count Two** — Did commit the offense of:
**Sexual Assault in the Fourth Degree**

| At *(Town)* | On or about *(Date)* | In violation of General Statute number |
|---|---|---|
| **Suffield** | **April 2011 - June 2011** | **53a-73a** (A) (1) (F) |

10-4-12 X (Disp)

**Count Three** — Did commit the offense of:
**Sexual Assault in the Fourth Degree**

| At *(Town)* | On or about *(Date)* | In violation of General Statute number |
|---|---|---|
| **Suffield** | **April 2011 - June 2011** | **53a-73a** (A) ( ) (F) |

[X] See other sheet for additional counts

Date 11/14/

Signed *(Prosecuting Authority)*

## Court Action

Real Estate Bond

| Defendant advised of rights before plea | | Bond | Surety | [ ] 10% Election | (Date) |
|---|---|---|---|---|---|
| (Judge) Dannehy (Date) **DEC 2 2 2011** | | 50,000 | CS | [ ] Cash [ ] CT [ ] JJ | Jan 23 2012 |

[ ] Attorney   [ ] Public defender   [ ] Guardian

Paulding

Bond change

Prob fee + Costs Wvd

Seized property inventory number

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| **1** | ▓▓▓▓ | ▓▓▓ | ▓▓▓▓ | | | $ | $ | ▓▓▓▓▓▓▓▓ |
| **2** | JAN 23 2012 | 10-47a Alford GY | | GY | | $ | $ | 1 year e/s/a 4 months 2 years probation Consecutive to all counts |
| | 1-17-13: SAVA Fines Remitted | | | | | | | |
| **3** | JAN 23 2012 | 10-47a Alford GY | | GY | | $ | $ | 1 year e/s/a 4 months 2 years probation Consecutive to all counts |

| Date | Other Court Action | Judge |
|---|---|---|
| **DEC 2 2 2011** | atty Paulding w/ D cond. no contact w/ complainants | Dannehy |
| 7.19.12 | Adm. Cont | |
| 10-1-12 | Per ASA Collins + Aatty Request, move case from 10/25 x to 10/4 x (disp.) | |

| Receipt number | Cost | Bond information | | | |
|---|---|---|---|---|---|
| | [ ] IMP [ ] NCI | [ ] Bond forfeited | [ ] Forfeiture vacated | [ ] Forfeiture vacated and bond reinstated | |

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |
|---|---|---|---|
| Collins | Roscito | LeBarp | Schenke |

This is page 1 of a 3 page Information

**INFORMATION**
JD-CR-71 Rev. 3-11

**STATE OF CONNECTICUT
SUPERIOR COURT**

*Pg 2 of 3*

Disposition date
*1-17-13*

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1100462012 | **Connecticut State Police, Troop H** | |

| Geographical area number | 13 | **State of Connecticut vs.  Hanley, Thomas** | *CR 11-160641* |

## Additional Counts

| | Continued to | Purpose | Reason |
|---|---|---|---|
| Count Four — Did commit the offense of: **Sexual Assault in the Fourth Degree** | | ☑ | |

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|
| **Suffield** | **April 2011 - June 2011** | 53a-73a (A)(1)(F) |

Count Five — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|

Count Six — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|

Count Seven — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|

Count Eight — Did commit the offense of:

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|

Signed (Prosecuting Authority)     Printed name of Prosecuting Authority  *Debra Collins*     Date signed

## Additional Court Action

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 4 | JAN 2 3 2012 | | 16-4-12 | Alford GY | GY | $ | $ | 1 year e/s/a 4 months 2 years probation Consecutive to all counts |
| 5 | | | | | | $ | $ | |
| 6 | | | | | | $ | $ | |
| 7 | | | | | | $ | $ | |
| 8 | | | | | | $ | $ | |

*This is page 2 of a 3 page Information*

| **INFORMATION** | STATE OF CONNECTICUT | Pg 3 of 3 | Disposition date 1-17-13 |
|---|---|---|---|
| JD-CR-71, Rev. 3-11 | **SUPERIOR COURT** | | |

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1100462012 | Connecticut State Police, Troop H | |

## Arrest Warrant

| Geographical area number | 13 | State of Connecticut vs.  Hanley, Thomas | CR11-160641 |
|---|---|---|---|

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. *("X" all that apply)*

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☒ C. Bail set at _50 000_ .

☐ D. Non-financial conditions of release:

_____

☐ E. Conditions of release not determined by court.

Extradition boundaries established by prosecutor

| By the Court | Signed (Judge of the Superior Court) | Date 11/14/11 | Name of Judge (Print or type) Dennis |
|---|---|---|---|

## Return On Arrest Warrant

| Geographical area number 13 | Town of ENFIELD | Date 12/22/11 | State of Connecticut |
|---|---|---|---|

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest *(Officer's signature and Department)*   CSP-H  TFC  868

| Date | Other Court action | Judge |
|---|---|---|
| 10-4-12 | A + Atty Paulding present | Scheinblum |
| | FACTUAL BASIS FOR PLEA & PLEA FOUND VOLUNTARY    ACCUSED CANVASSED FOR DRUGS & ALCOHOL; ADVISED IMMIGRATION RIGHTS.   PSI waived | |
| | PA06-196 SOR  Summary placed on record    PA06-196  Transcript ordered on 10-4-12 | |
| | GARVIN CANVASS MADE | |
| | Conds of Probation  - no contact with victims  - sex eval/treatment through probation  - no new arrests  + comply with sex offender registration 10 years | |

*This is page 3 of a 3 page Information*  See Rev Side →

10-4-12   Medical Attn on Mitt.
          D is asmatic - may bring meds on sent date.

10-10-12   PA06-196 Original Transcript
           Signed by Court

10-10-12   PA06-196 Transcript Copy
           In Clerk's File

1-17-13   PA06-196 Original Transcript
          mailed to SOR on 1-17-13

1-17-13 ⟩  <u>On Mittimus</u>
           Medical Information to be attached
           (in sealed envelope for DOC) to Mitt.

1-17-13 ⟩  Stay Terminated. Sentence imposed.

           * <u>On Mittimus</u> → Defendant must
           register as sex offender prior to
           release from DOC custody.

           SAVA fines Remitted.

3-13-14  Post J: Motion To Term. Probation
         & Replace Probation w/ Conditional
         Discharge granted ⟩Scheinblum, JTR