# EXHIBIT C



# CONNECTICUT CORRECTIONAL INSTITUTION
## MACDOUGALL/WALKER

Captain  Beaudry  
Intelligence Coordinator

Phone: (860) 627- 2229  
Fax:     (860) 627- 2251

# MEMORANDUM

**DATE:** December 14, 2010

**TO:** Warden Murphy/ Capt Quiros

**SUBJECT:** Investigation update

On the above date Capt. Quiros, Capt. Manley, Lt. Corl and I spoke with SOI #47 concerning information he may have concerning Maintenance Officer Hanley. SOI #47 stated this past Thursday Hanley approached him while he was working in the institutional laundry. Hanley came up to him while he was behind the dryers and put his arm around him (SOI #47). Hanley then asked SOI #47 if he wanted to touch it. SOI #47 stated Hanley meant his penis. SOI #47 replied No and stepped back. Hanley then asked SOI #47 if he was still coming down to maintenance. SOI #47 replied he was he was waiting for a spot to open. Hanley then asked him if he knew a LT. that could help him out. SOI #47 replied he did. The conversation ended but SOI #47 stated he was nervous that the laundry officer might have heard or seen them talking.

Capt. Quiros and I informed SOI #47 that if we received clearance to proceed we will have a position available for him in the Maintenance department. Upon approval, once he is officially in maintenance, SOI #47 will be provided a recording device to monitor the conversations between him and Hanley. SOI #47 replied he has done it before and will not have any issues. Capt. Quiros and I advised SOI #47 on separate occasions during the conversation that he is not to have any physical contact with Maintenance Officer Hanley and Hanley is not to touch him in any way. SOI #47 agreed and understood. SOI #47 was also instructed not to initiate any discussion of any sexual nature and he is to let Maintenance Officer Hanley on his own initiate the conversation. SOI #47 stated he understood. SOI #47 was told that if Hanley attempts to make any physical contact with him he is to back away and tell him no. In addition if during the time prior to working in maintenance any conversation or attempt to make physical contact is made by Hanley he is to contact us immediately. SOI #47 stated he would and understands. The aforementioned information will be forwarded through the chain of command for review and recommendation.

**From:** ███ Quiros <quirosr65@gmail.com>
**To:** ███ Beaudry <███Beaudry@po.state.ct.us>
**Date:** 12/14/2010 12:49 PM
**Subject:** Re: memo

Got it.  Thank you
On Dec 14, 2010 12:43 PM, "███ Beaudry" <███Beaudry@po.state.ct.us> wrote:
> This information may be confidential and /or privileged. If you
> received this in error, please inform the sender and remove any
> record of this message. Please note that messages to or from the
> State of Connecticut domain may be subject to Freedom of
> Information statutes and regulations.
>