# EXHIBIT F

**C.C.I. MacDougall -Walker Correctional Institution**
**OFF COUNT SHEET**

Any inmate not in his assigned housing unit during a count shall be counted on an Off Count.  Before placing an inmate on an Off Count sheet, the staff member placing the inmate on the Off Count shall ensure that checking the inmates issued identification card properly identifies the inmate.  Inmates that are placed on an Off Count sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this Off Count sheet are to be completed before submitting.  Any spaces that are not used should be crossed of prior to being submitted.  To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ████████████ | | | |
| 2 | CLARK. N | 355139 | J-2-92 | maint |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | 6 - mAj | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: __5__

TIME: __11:45__

Total number of inmates "off count": __2__

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: _Hanley_          Staff (Print): _Henley_

**C.C.I. MacDougall -Walker Correctional Institution**
**OFF COUNT SHEET**

...nmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>.  Before placing
... an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the
...ued identification card properly identifies the inmate.  Inmates that are placed on an <u>Off Count</u> sheet are to
... the area where they were "off counted" until the institutional count is cleared.
...sections of this <u>Off Count</u> sheet are to be completed before submitting.  Any spaces that are not used should be
crossed of prior to being submitted.  To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Clark | 355139 | J2-92 | Maint. |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 5-6-11

TIME: 11:45 AM

Total number of inmates "off count": 3

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Gma
Staff Signature: Hanley

Gmc
Staff (Print): Hanley

### C.C.I. MacDougall -Walker Correctional Institution
### OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>.  Before placing an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate.  Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting.  Any spaces that are not used should be crossed of prior to being submitted.  To prevent other names from being added to the sheet.

|  |  |  |  | unt |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 | *Clark N* | *355139* | *J-92* | *Maint* |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 10 |  |  |  |  |
| 11 |  |  |  |  |
| 12 |  |  |  |  |
| 13 |  |  |  |  |
| 14 |  |  |  |  |
| 15 |  |  |  |  |
| 16 |  |  |  |  |
| 17 |  |  |  |  |
| 18 |  |  |  |  |
| 19 |  |  |  |  |
| 20 |  |  |  |  |

DATE: *5/12/11*

TIME: *11:00 Am*

Total number of inmates "off count": *5*

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: *William Clifford*          Staff (Print): *William Clifford*

**C.C.I. MacDougall -Walker Correctional Institution**
**OFF COUNT SHEET**

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ████████ | ████████ | ████████ | ████████ |
| 2 | ████████ | ████████ | ████████ | ████████ |
| 3 | Clark | 355139 | J-92 | maint |
| 4 | ████████ | ████████ | ████████ | ████████ |
| 5 | ████████ | ████████ | ████████ | ████████ |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 5-13-11

TIME: 11:45 Am

.otal number of inmates "off count": 4

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: Gmc Hanley

Staff (Print): Gmc Hanley

## C.C.I. MacDougall-Walker Correctional Institution
### OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that check inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should crossed of prior to being submitted. To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Bunk/Cell | Location During Count |
|---|---|---|---|---|
| 1 | █████████ | █████████ | █████ | █████ |
| 2 | █████████ | █████████ | █████ | █████ |
| 3 | █████████ | █████████ | █████ | █████ |
| 4 | █████████ | █████████ | █████ | █████ |
| 5 | Clark N. | 355139 | J-92 | Main T |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 5/20/11

TIME: 11:30 AM

Total number of inmates "off count": 5

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: _W Clifm_     Staff (Print): _William Clifford CMS_

**C.C.I. MacDougall-Walker Correctional Institution**
**OFF COUNT SHEET**

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>.  Before placing inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate.  Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting.  Any spaces that are not used should be crossed of prior to being submitted.  To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ~~Chandler~~ | 355139 | J-92 | Maint |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: _5-25-11_

TIME: _11:45 Am_

Total number of inmates "off count": _5_

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: _Gmo Hanley_      Staff (Print): _Gmo Hanley_

## C.C.I. MacDougall - Walker Correctional Institution
## OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an Off Count.
an inmate on an Off Count sheet, the staff member placing the inmate on the Off Count shall ensure that c
inmates issued identification card properly identifies the inmate.  Inmates that are placed on an Off Count sh
remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this Off Count sheet are to be completed before submitting.  Any spaces that are not used should
crossed of prior to being submitted.  To prevent other names from being added to the sheet.

| | Inmate Name | Inmate Number | Assigned Bed/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ████████████ | | | |
| 2 | Clark | 355139 | J-2-92 | maint/ |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 6-10-11

TIME: 11:45 Am

Total number of inmates "off count": 2

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Gmo
Staff Signature: Hanley

Gmo
Staff (Print): Hanley