# EXHIBIT H

New Text Document

July 29, 2011 12:05pm approx.11min 29sec

video of Hanley and I/M ▇ in 2nd closet of laundry. Appears third party inidividual recording the two individuals from an above vantage point viewing down, zooming in on I/M ▇ at various times.

July 29, 2011 12:08pm approx.1 min 15sec

video of Hanley and I/M ▇ in 2nd closet of laundry. Appears third party individual recording the two individuals from an above vantage point viewing down. video is mainly focusing on I/M ▇

July 29, 2011 12:17pm approx. 2 min. 20 sec.

video in laundry main room of Hanley and I/M ▇ sitting in chairs eating. third party individual recording is heard saying ... see how good his life could be. as soon as he pisses me off. hear me he gets cut off. ...
yeah we'll bring that up later thats a little creepy. yeah it just is. hey I'm the weido. I guess I am. i/m watching Hanley I can see him. I'm watching you Hanley. I can see you Hanley. I can see you Hanley. I can hear
everything you say. You start feeding us right you fucker you listening to me you can hear me when you're sitting at home... Big Mike is gonna rape this little kid in front of you.Hey Hanley Hey Hanley you want me to run
over there and choke him out? rip his clothes off and rub your naked body all over him. is that what you want?  you like his feet? how do you like his feet Hanley? you want me to zero in on his feet Hanley? thats really
nice look at them. I betcha the leather smells really good (sniffing sound) ahh ahh lets get really close thats as close as I can get. (the camera zooms in on I/M ▇ feet)

July 29, 2011 12:19pm approx. 2min.05 sec

video in laundry main room of Hanley and I/M ▇ sitting in chairs.  third party individual recording is heard saying.This kid is clueless. Yo Hanley, listen to me, this kid, Hanley, this kid is fucking clueless, I hope you can hear me when your at home cause this kid is fucking stupid.
give me a month I will have his clothes off. he'll be walking around the maintenance shop naked with butter on (laughing). he'll be like a gourmet turkey (laughing). are you almost done so we can get some of this....

July 29, 2011 12:26pm approx. 3min 22 sec.

video in laundry main room of Hanley and I/M ▇ sitting in chairs. Third party individual recording video focus of I/M ▇ feet.

individual recording is heard saying ...Hanley i'm gonna let you know now when you come in on Monday you better have ? your game sucks Hanley
(another voice wispers) your game is weak Hanley we're gonna teach you how to run him. video switches view to I/M ▇ lifting shirt and eating
video switches back to the view of I/M ▇

Page 1

New Text Document

July 29, 2011 12:35pm approx. 1min 58 sec

video in 2nd closet in laundry room. third party individual recording from above view point. video focus of I/M ▮▮▮▮ kneeling down bending over. focus of i/m's feet and buttocks. I/M ▮▮▮▮ appears to be repairing something by floor drain. appears to be general conversation

july 29, 2011 12:36pm approx. 8 sec.

video of 2nd closet in laundry

july 29, 2011 12:39pm 2min 42sec

video of 2nd closet in laundry. third party individual recording focus of I/M ▮▮▮▮ bending over.

July 29, 2011 2:00pm approx. 2min 49 sec.

video in maintenance dept. Hanley's area. third party individual recording. video focus I/M ▮▮▮▮ putting his tshirt on. recorder wearing gold wedding ring. recorder focus'on his own crotch area. recorder then focus' back on I/M ▮▮▮▮ switching his boots of feet to sneakers. video focus of I/M ▮▮▮▮ feet.