# EXHIBIT I



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 6/30/09

Report number: _____   Page 20 of 25

☒ Facility/Unit: MWCI        ☐ Parole Office/Unit:

Date: 08-22-10    Time: 4:00   ☐ am ☒ pm    Incident class: ☐ 1 ☐ 2 ☒ 3    Type: J

Incident location: Phone Room

Prepared by: Allen, ▇        Title: C/O

Narrative:
On the above date, I/M ▇ calls were reviewed as part of an ongoing investigation. Due to some of the content being spoke in Portugese, translation was completed by C/O Rodriguez. On 8-15-11 @ 8:22 pm call was placed by I/M ▇ according to his phone call list. Translation of the call I/M ▇ mom wants the prisoners to riot. I/M ▇ agrees. I/M ▇ mom tried calling ▇ and he ended up hanging up on her. I/M ▇ mom is trying to find out where ▇ lives. She states he used to live in an apartment that ▇ knew of. I/M ▇ mom wants to know if ▇ went back to work. I/M ▇ states he doesn't care. I/M ▇ wants the mom to call the jail and ask to speak with ▇ and to see if they say he doesn't work there anymore. I/M ▇ instructs his mother to have them call him over the intercom to and Bill, also if he is around. I/M ▇ said ▇ is his emergency contact. I/M ▇ mom wants ▇ to find where ▇ lives and she would get in the car and go see him. I/M ▇ mom states she wants to talk to ▇ and that ▇ use to live with a gay guy from the prison. I/M ▇ states he doesn't care about ▇ anymore and that he will never probably get out of prison. I/M ▇ tells his mom that ▇ was bringing him "shit" that he wasn't supposed to have. I/M ▇ states he was just using ▇ and doesn't care about him. I/M ▇ states the only thing he cared about was his (I/M) job. That ▇ use to lie to the mom and go to the casino with someone's sister. I/M states ▇ told the mom that he was scared everyday that ▇ would call and say something. I/M ▇ mom states she hopes he can never work again. That ▇ says he wanted to move to Florida. I/M ▇ gets angry that the mother keeps talking about ▇ and states "Why do you keep talking about this man, I don't give a fuck, he was just something extra and I never really needed him." I/M ▇ says his friend is in the same prison he is in now and that they have nothing. I/M ▇ mom states why didn't you tell me you needed stuff? I/M ▇ states that he had that FAG (referring to ▇) bringing him stuff and didn't need her before. That he would come in and give him money all the time. I/M ▇ states ▇ let him borrow money and bought him stuff. I/M ▇ states if he ever sees ▇ again he will KILL him. I/M ▇ mom states she will eventually find him in the casino and that ▇ was robbing her.
On 8-19-2011 @9:58am, I/M ▇ places a call to ▇ listed as ▇ according to his phone call list. I/M ▇ talks with ▇ asking you didn't talk to ▇? ▇ states no I changed my number. I/M ▇ states there had to be a reason. ▇ answers no reason just people callin me that don't even talk. I/M ▇ states he probably tried to call you. I think he got fired ▇ replies what the fuck happened now? I/M ▇ states I don't know I think I know he text my mom that he got fired he didn't say why. He don't pick up his phone. I think he changed his number. I thought he would have tried to call you but since you changed your number. The remainder of the conversation did not pertain to the above subject matter.

Reporting employee signature: ▇ /s/        Title: C/O

Report date: 08-22-11    Report time: 5:00   ☐ am ☒ pm    Type: ☐ Individual ☐ Summary



# Incident Report – Page 2
## Connecticut Department of Correction

CN 6601/2
REV 6/30/09

## NOTIFICATIONS

| | | | |
|---|---|---|---|
| Duty Officer: | Date: | Time: | ☐ am ☐ pm |
| Unit Administrator: | Date: | Time: | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Central Office: | Date: | Time: | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | ☐ am ☐ pm |
| Police/Fire: | Date: | Time: | ☐ am ☐ pm |
| Public Information Officer: | Date: | Time: | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | ☐ am ☐ pm |

## CRIMINAL PROSECUTION

If a staff member was assaulted during the incident, is criminal prosecution requested?   ☐ YES   ☐ NO

Connecticut State Police investigation number:

## REVIEWS

**Supervisor:**
According to the caller GMO Hanley is bring in the contraband and has been for approximately four (4) years because he is afraid of I/M [redacted] and according to the caller [redacted] has threatened him (Hanley) in the past. The caller stated the contraband is being brought into the facility by GMO Hanley on at least a weekly basis.

- In Faxed To Capt Quinnos (Security Division) For review. CPT [signature] 4/29/11

| Signature: [signature] | Title: Captain | Date: 4-29-11 |
|---|---|---|

**Deputy Warden:**

| Signature: | Title: | Date: |
|---|---|---|

**Unit Administrator:**

| Signature: | Title: | Date: |
|---|---|---|

**Central Office:**

| Signature: | Title: | Date: |
|---|---|---|



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 1/1/08

Facility/Unit: MacDougall Walker Correctional Institution  
Report date: 08-22-11

Inmate name: Pereira,  
Inmate number: 260677

Housing unit: A-112  
Location of Incident: Phone Room

Report number:  
Incident date: 08-22-11  
Incident time: 12:00 ☐ am ☒ pm

Offense: Threats  
Offense class: ☒ A ☐ B ☐ C

Description of violation: In accordance with Administrative Directive 10.7 and State regulations 18-81-28 to 18-81-51 Inmate Communications; this officer was reviewing a phone call placed by the above i/m on 8-15-11 at 8:22pm to 203-591-8929 listed as Jenefer Pena on his phone list. This officer utilized K-9 Officer Rodriguez to translate the conversation. I/M Pereira speaks with his mother. I/M Pereira is angry that the mother keeps talking about Tom. I/M Pereira states if he ever see's Tom again he will kill him.

I/M Pereira's verbal statement intending physical harm to another person, meets the criteria of Threats as defined in A.D. 9.5.

Witness(es):

Physical evidence:

Reporting employee (print): Allen,  
Title: Officer

Reporting employee (signature): C/O Allen

Date: 08-22-11  
Time: 1:00 ☐ am ☒ pm  
Employee requests copy: ☒ yes ☐ no

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☒ Administrative Detention  Date: 8/22/2011  Time: 1:07 ☐ am ☒ pm  
☐ Accused Inmate Interviewed  ☐ Informal disposition

Custody Supervisor / Unit Manager name (print): PAUL  
Custody Supervisor / Unit Manager signature: Paul

Title: LT.  Date: 8/22/2011  Time: 4:44 ☐ am ☒ pm

### INMATE NOTICE

Delivered by (print): DAVID GRANATA  
Delivered by (signature): David Granata

Title: Officer  Date: 8-22-11  Time: 4:55 ☐ am ☒ pm