# EXHIBIT A

# INFORMATION
JD-CR-71, Rev. 3-11

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

Pg 1 of 3

Disposition date: 1-17-13

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1100462012 | Connecticut State Police, Troop H | |

## Title, Allegation and Counts

| State of Connecticut vs. (Name of accused) | Residence (Town) of accused | Docket number |
|---|---|---|
| Hanley, Thomas | Ellington | CR11-160641 |

| Address | Date of birth | |
|---|---|---|
| 16 Sprucewood Drive, Ellington, Connecticut | [redacted] | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: |

| To be held at (Town) | Geographical area number | Court date |
|---|---|---|
| Enfield | 13 | 12-22-11 |

**Count One** — Did commit the offense of: [redacted]

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

Continued to: 1-23-12   Purpose: P   Reason: 5-11-12 X
9-13-12 X
3-15-12 X

**Count Two** — Did commit the offense of: **Sexual Assault in the Fourth Degree**

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|
| Suffield | April 2011 - June 2011 | 53a-73a (A)(1)(F) |

10-4-12 X (Disp)

**Count Three** — Did commit the offense of: **Sexual Assault in the Fourth Degree**

| At (Town) | On or about (Date) | In violation of General Statute number |
|---|---|---|
| Suffield | April 2011 - June 2011 | 53a-73a (A)(1)(F) |

[X] See other sheet for additional counts

Date: 11/14/11   Signed (Prosecuting Authority): [signature]

## Court Action

Defendant advised of rights before plea (Judge): Dannehy   (Date) DEC 22 2011

Real Estate Bond
Bond: 50,000 CJS   Surety   [ ] 10%   [ ] Cash   Election [ ] CT [X] JT   (Date) Jan 23 2012

[X] Attorney [ ] Public defender [ ] Guardian: Paulding

Bond change: PROB Fee + Costs Wvd

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | [redacted] | | | | | $ | $ | [redacted] |
| 2 | JAN 23 2012 | 10-4-12 Alford GY | | | GY | $ | $ | 1 year e/s/a 4 months 2 years probation consecutive to all counts |
| | 1-17-13: SAVA Fines Remitted | | | | | | | |
| 3 | JAN 23 2012 | 10-4-12 Alford GY | | | GY | $ | $ | 1 year e/s/a 4 months 2 years probation consecutive to all counts |

| Date | Other Court Action | Judge |
|---|---|---|
| DEC 22 2011 | Atty Paulding w/ D cond. no contact w/ complainants | Dannehy |
| 7.19.12 | Adm. cont | |
| 10-1-12 | Per ASA Collins + D Atty request, move case from 10/25x to 10/4x (disp.) | |

| Receipt number | Cost [ ] IMP [ ] NCI | Bond information [ ] Bond forfeited [ ] Forfeiture vacated [ ] Forfeiture vacated and bond reinstated |
|---|---|---|

| Application fee - receipt number if paid | Circle one W I Q | Program fee - receipt number if paid | Circle one W I Q | Probation fee - receipt number if paid | Circle one W I Q |
|---|---|---|---|---|---|

| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed (Clerk) | Signed (Judge) |
|---|---|---|---|
| Collins | Roscito | LeBoyp | [signature] |

This is page 1 of a 3 page Information

| INFORMATION<br>JD-CR-71 Rev. 3-11 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Pg 2 of 2 | Disposition date<br>1-17-13 |
|---|---|---|---|
| Police Case number<br>1100462012 | Agency name<br>Connecticut State Police, Troop H | | Agency number |
| Geographical area number **13** | State of Connecticut vs. Hanley, Thomas | CR11-160641 | |

## Additional Counts

| Count Four — Did commit the offense of:<br>**Sexual Assault in the Fourth Degree** | | | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| At (Town)<br>Suffield | On or about (Date)<br>April 2011 - June 2011 | In violation of General Statute number<br>53a-73a (A)(1)(F) d(W) | | | |
| Count Five — Did commit the offense of: | | | | | |
| At (Town) | On or about (Date) | In violation of General Statute number | | | |
| Count Six — Did commit the offense of: | | | | | |
| At (Town) | On or about (Date) | In violation of General Statute number | | | |
| Count Seven — Did commit the offense of: | | | | | |
| At (Town) | On or about (Date) | In violation of General Statute number | | | |
| Count Eight — Did commit the offense of: | | | | | |
| At (Town) | On or about (Date) | In violation of General Statute number | | | |

| Signed (Prosecuting Authority) | Printed name of Prosecuting Authority<br>Debra Collins | Date signed<br>1/17/13 |
|---|---|---|

## Additional Court Action

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 4 | JAN 23 2012 | NG 1-6-412 | | Alford GY | GY | $ | $ | 1 year e/s/a 4 months<br>2 years probation<br>Consecutive to all counts |
| 5 | | | | | | $ | $ | |
| 6 | | | | | | $ | $ | |
| 7 | | | | | | $ | $ | |
| 8 | | | | | | $ | $ | |

| INFORMATION JD-CR-71 Rev. 3-11 | STATE OF CONNECTICUT SUPERIOR COURT | Pg 3 of 3 | Disposition date 1-17-13 |
|---|---|---|---|
| Police Case number 1100462012 | Agency name Connecticut State Police, Troop H | | Agency number |

## Arrest Warrant

| Geographical area number 13 | State of Connecticut vs.  Hanley, Thomas | CR11-160641 |
|---|---|---|

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. ("X" all that apply)

☐ A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.

☐ B. Accused is not entitled to bail.

If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

☒ C. Bail set at  50,000  .

☐ D. Non-financial conditions of release:

☐ E. Conditions of release not determined by court.

Extradition boundaries established by prosecutor

By the Court  Signed (Judge of the Superior Court) [signature]  Date 11/14/11  Name of Judge (Print or type) Dennehy

## Return On Arrest Warrant

| Geographical area number 13 | Town of ENFIELD | Date 12/22/11 | State of Connecticut |

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest (Officer's signature and Department)  CSP-H  TFC [signature] 868

| Date | Other Court action | Judge |
|---|---|---|
| 10-4-12 | ∆ + Atty Paulding present | Scheinblum |
| | FACTUAL BASIS FOR PLEA & PLEA FOUND VOLUNTARY    ACCUSED CANVASSED FOR DRUGS & ALCOHOL; ADVISED IMMIGRATION RIGHTS.    PSI waived | |
| | PA06-196 SOR Summary placed on record    PA06-196 Transcript ordered on 10-4-12 | |
| | GARVIN CANVASS MADE | |
| | Conds of Probation<br>- no contact with victims<br>- sex eval/treatment through probation<br>- no new arrests<br>- comply with sex. offender registration 10 years | |

This is page 3 of a 3 page information   See Rev Side →

10-4-12  Medical Att'n on Mitt.
         D is asmatic — may bring meds on sent. date.

10-10-12  PA06-196 Original Transcript Signed by Court

10-10-12  PA06-196 Transcript Copy In Clerk's File

1-17-13  PA06-196 Original Transcript mailed to SOR on 1-17-13

1-17-13 > On Mittimus —
         Medical Information to be attached
         (in sealed envelope for DOC) to Mitt.

1-17-13 > Stay Terminated. Sentence imposed.

         ⋆ On Mittimus → Defendant must
         register as sex offender prior to
         release from DOC custody.

         SAVA fines Remitted.

3-13-14  Post J: Motion to Term. Probation
         & Replace Probation w/ Conditional
         Discharge granted > Schienblum, JTR