# EXHIBIT D




# State of Connecticut
## Department of Correction
### Security Division/Investigation Unit
24 Wolcott Hill Road Wethersfield, CT 06109

**To:**   Kimberly Weir
         Director of Security

**From:**   ▮▮▮ Quiros
           Captain/Security Division

**Date:**   December 20, 2010

**Re:**   Request for Covert Recording Device-SD 10-141/Conveyance of Contraband by General Maintenance Officer (GMO) Thomas Hanley at the MacDougall-Walker Correctional Institution (MWCI).

## Overview

On September 17, 2010, this investigator was assigned the task of investigating allegations of GMO Hanley conveying contraband into MWCI. At that time, SOI #57 relayed GMO Hanley conveys Muslim oils, food, alcohol (in a plastic soda bottle with cap resealed by using clear non-toxic nail polish on the threads), narcotics (heroin) and prescription medications (Suboxone; a form of methadone with the same effects of heroin, but the effects last longer).

A request to place a covert recording device was submitted on September 22, 2010 and approved on the same day, to place the covert recording device in the cell of Inmate Richard Torres #▮▮▮▮▮ in an attempt to capture alleged illicit conversation with the suspected staff member. No useful information was obtained from the covert recording device.

---

On November 22, 2010, Lieutenant (Lt.) Edward Corl received information from SOI #47 regarding GMO Hanley's improprieties. Note: SOI #47 is assigned as a worker to the Institutional Laundry on 1st shift. The Institutional Laundry is in close proximity to the Maintenance Department and Commissary. All staff and inmates assigned to these areas interact frequently on a daily basis.

On December 9, 2010, GMO Hanley approached SOI #47 in the Institutional Laundry. While SOI #47 was behind a dryer, GMO Hanley came up to him and placed his arm (Hanley) around SOI #47. According to SOI #47, GMO Hanley then asked if he (SOI#47) wanted to touch it, referring to his (Hanley's) penis. SOI#47 replied no and stepped back from GMO Hanley. GMO Hanley then asked SOI #47 if he was still coming down to work in the Maintenance Department and SOI #47 stated he was waiting for a spot to open.

On December 14, 2010, this investigator proceeded to MWCI to interview SOI #47 concerning information he may have on GMO Hanley. SOI#47 relayed the above mentioned and stated he was willing to cooperate with the Department in obtaining information concerning GMO Hanley's improprieties. SOI#47 that he has worn a covert recording device in the past and he has no issues wearing one again (SOI #47 previously utilized by Captain (Capt.) Catherine Candelaria regarding criminal activity for the Cold Case Unit.). SOI#47 was advised the facility will have a position available for him in the Maintenance Department.

This office is requesting the approval of a covert recording device for placement on SOI #47 person in order to capture alleged illicit conversation with the suspected staff member. Additionally, if approved the following action plan will take place:

- The EDM Digital Audio Recorder, which has the recording capability of three days, will be utilized.

- We anticipate utilizing the device once SOI#47 is cleared for the Maintenance Department, December 27, 2010 thru December 30, 2010. We anticipate using the covert recording device several times in an attempt to capture illicit conversation with the suspected staff member.

- SOI#47 agreed he will not deviate or become overzealous in obtaining conversation with GMO Hanley. He was advised of the following and agreed to abide with the following:

    1. he is not to have any physical contact with GMO Hanley and GMO Hanley is not to touch him in any way:
    2. not to initiate any discussion of any sexual nature:
    3. he is to let GMO Hanley initiate the conversation;
    4. if GMO Hanley attempts to make any physical contact with him, he is to back away and tell him no:
    5. SOI#47 was advised if during the time prior to working in the Maintenance Department, GMO Hanley attempts to make physical contact with him, or makes physical contact with him he is to contact Capt. Beaudry or Lt. Corl immediately.
    6. SOI #47 stated he understood all instructions given to him.

- SOI#47 will be outfitted with the covert recording by Capt. Beaudry and Lt. Corl on 1st shift and will be retrieved at the completion of SOI#47 work detail. Capt. Beaudry and Lt. Corl will be on duty monitoring SOI#47 via the facility's NiceVision System/Mux System.