# EXHIBIT F

## C.C.I. MacDougall-Walker Correctional Institution
## OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

| # | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ███████████ | ███████ | ███████ | ███████ |
| 2 | CLARK, N | 355139 | J-2-92 | maint |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | 6-MA | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | / | | | |
| 20 | | | | |

DATE: 5

TIME: 11:45

Total number of inmates "off count": 2

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: Hanley     Staff (Print): Henley

## C.C.I. MacDougall-Walker Correctional Institution
## OFF COUNT SHEET

...nmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing ... an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the ...ued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to ... the area where they were "off counted" until the institutional count is cleared.
...sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

| # | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | [redacted] | | | |
| 2 | [redacted] | | | |
| 3 | Clark | 355139 | J2-92 | Maint. |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 5-6-11

TIME: 11:45 AM

Total number of inmates "off count": 3

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: Hanley   GMO

Staff (Print): Hanley   GMO

**C.C.I. MacDougall -Walker Correctional Institution**
**OFF COUNT SHEET**

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

| # | Name | Number | Unit | Count |
|---|------|--------|------|-------|
| 1 | [redacted] | | | |
| 2 | [redacted] | | | |
| 3 | [redacted] | | | |
| 4 | [redacted] | | | |
| 5 | CLARK N | 355139 | J-92 | maint |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 5/12/11

TIME: 11:00 AM

Total number of inmates "off count": 5

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: _William Clifford_    Staff (Print): _William Clifford_

## C.C.I. MacDougall -Walker Correctional Institution
### OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

|    | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|----|-------------|---------------|--------------------|-----------------------|
| 1  | ███████████ | ███████████   | ███████████        | ███████████           |
| 2  | ███████████ | ███████████   | ███████████        | ███████████           |
| 3  | Clark       | 355139        | J-92               | maint                 |
| 4  | ███████████ | ███████████   | ███████████        | ███████████           |
| 5  | ███████████ | ███████████   | ███████████        | ███████████           |
| 6  |             |               |                    |                       |
| 7  |             |               |                    |                       |
| 8  |             |               |                    |                       |
| 9  |             |               |                    |                       |
| 10 |             |               |                    |                       |
| 11 |             |               |                    |                       |
| 12 |             |               |                    |                       |
| 13 |             |               |                    |                       |
| 14 |             |               |                    |                       |
| 15 |             |               |                    |                       |
| 16 |             |               |                    |                       |
| 17 |             |               |                    |                       |
| 18 |             |               |                    |                       |
| 19 |             |               |                    |                       |
| 20 |             |               |                    |                       |

DATE: 5-13-11

TIME: 11:45 Am

Total number of inmates "off count": 4

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: GMO Hanley       Staff (Print): GMC Hanley

## C.C.I. MacDougall-Walker Correctional Institution
## OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checked inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should crossed of prior to being submitted. To prevent other names from being added to the sheet.

|    | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|----|-------------|---------------|--------------------|-----------------------|
| 1  | [redacted]  | [redacted]    | [redacted]         | [redacted]            |
| 2  | [redacted]  | [redacted]    | [redacted]         | [redacted]            |
| 3  | [redacted]  | [redacted]    | [redacted]         | [redacted]            |
| 4  | [redacted]  | [redacted]    | [redacted]         | [redacted]            |
| 5  | Clark N.    | 355139        | J-92               | MAINT                 |
| 6  |             |               |                    |                       |
| 7  |             |               |                    |                       |
| 8  |             |               |                    |                       |
| 9  |             |               |                    |                       |
| 10 |             |               |                    |                       |
| 11 |             |               |                    |                       |
| 12 |             |               |                    |                       |
| 13 |             |               |                    |                       |
| 14 |             |               |                    |                       |
| 15 |             |               |                    |                       |
| 16 |             |               |                    |                       |
| 17 |             |               |                    |                       |
| 18 |             |               |                    |                       |
| 19 |             |               |                    |                       |
| 20 |             |               |                    |                       |

DATE: 5/20/11

TIME: 11:30 AM

Total number of inmates "off count": 5

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: W Clifford     Staff (Print): William C. Hford CMS

## C.C.I. MacDougall-Walker Correctional Institution
## OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. Before placing inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that checking the inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sheet are to remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should be crossed of prior to being submitted. To prevent other names from being added to the sheet.

|    | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|----|-------------|---------------|--------------------|-----------------------|
| 1  | [redacted]  | 355139        | J-92               | Maint                 |
| 2  | [redacted]  [redacted] [redacted] [redacted] | | | |
| 3  |             |               |                    |                       |
| 4  |             |               |                    |                       |
| 5  |             |               |                    |                       |
| 6  |             |               |                    |                       |
| 7  |             |               |                    |                       |
| 8  |             |               |                    |                       |
| 9  |             |               |                    |                       |
| 10 |             |               |                    |                       |
| 11 |             |               |                    |                       |
| 12 |             |               |                    |                       |
| 13 |             |               |                    |                       |
| 14 |             |               |                    |                       |
| 15 |             |               |                    |                       |
| 16 |             |               |                    |                       |
| 17 |             |               |                    |                       |
| 18 |             |               |                    |                       |
| 19 |             |               |                    |                       |
| 20 |             |               |                    |                       |

DATE: 5-25-11

TIME: 11:45 Am

Total number of inmates "off count": 5

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: Gmo Hanley     Staff (Print): Gmo Hanley

## C.C.I. MacDougall -Walker Correctional Institution
## OFF COUNT SHEET

Any inmate not in his assigned housing unit during a count shall be counted on an <u>Off Count</u>. [When placing] an inmate on an <u>Off Count</u> sheet, the staff member placing the inmate on the <u>Off Count</u> shall ensure that [the] inmates issued identification card properly identifies the inmate. Inmates that are placed on an <u>Off Count</u> sh[all] remain in the area where they were "off counted" until the institutional count is cleared.

All sections of this <u>Off Count</u> sheet are to be completed before submitting. Any spaces that are not used should [be] crossed of prior to being submitted. To prevent other names from being added to the sheet.

| # | Inmate Name | Inmate Number | Assigned Unit/Cell | Location During Count |
|---|---|---|---|---|
| 1 | ███████ | ███████ | ███████ | ███████ |
| 2 | Clark | 355139 | J-2-92 | maint/ |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

DATE: 6-10-11

TIME: 11:45 Am

Total number of inmates "off count": 2

By way of my signature, I verify that I have ensured that the inmates listed on this form have been identified as designated above.

Staff Signature: Gmo Hawley

Staff (Print): Gmo Hawley