# EXHIBIT I



# Incident Report – Supplemental Page
## Connecticut Department of Correction

CN 6601/3
REV 6/30/09

Report number: 

Page 20 of 25

☒ Facility/Unit: MWCI  
☐ Parole Office/Unit:

Date: 08-22-10  Time: 4:00  ☐ am ☒ pm  Incident class: ☐ 1 ☐ 2 ☒ 3  Type: J

Incident location: Phone Room

Prepared by: Allen,   Title: C/O

**Narrative:**
On the above date, I/M ▮ calls were reviewed as part of an ongoing investigation. Due to some of the content being spoke in Portugese, translation was completed by C/O Rodriguez. On 8-15-11 @ 8:22 pm call was placed by I/M ▮ according to his phone call list. Translation of the call I/M ▮ mom wants the prisoners to riot. I/M ▮ agrees. I/M ▮ mom tried calling ▮ and he ended up hanging up on her. I/M ▮ mom is trying to find out where ▮ lives. She states he used to live in an apartment that ▮ knew of. I/M ▮ mom wants to know if ▮ went back to work. I/M ▮ states he doesn't care. I/M ▮ wants the mom to call the jail and ask to speak with ▮ and to see if they say he doesn't work there anymore. I/M ▮ instructs his mother to have them call him over the intercom to and Bill, also if he is around. I/M ▮ said ▮ is his emergency contact. I/M ▮ mom wants ▮ to find where ▮ lives and she would get in the car and go see him. I/M ▮ mom states she wants to talk to ▮ and that ▮ use to live with a gay guy from the prison. I/M ▮ states he doesn't care about ▮ anymore and that he will never probably get out of prison. I/M ▮ tells his mom that ▮ was bringing him "shit" that he wasn't supposed to have. I/M ▮ states he was just using ▮ and doesn't care about him. I/M ▮ states the only thing he cared about was his (I/M) job. That ▮ use to lie to the mom and go to the casino with someone's sister. I/M states ▮ told the mom that he was scared everyday that ▮ would call and say something. I/M ▮ mom states she hopes he can never work again. That ▮ says he wanted to move to Florida. I/M ▮ gets angry that the mother keeps talking about ▮ and states "Why do you keep talking about this man, I don't give a fuck, he was just something extra and I never really needed him." I/M ▮ says his friend is in the same prison he is in now and that they have nothing. I/M ▮ mom states why didn't you tell me you needed stuff? I/M ▮ states that he had that FAG (referring to ▮) bringing him stuff and didn't need her before. That he would come in and give him money all the time. I/M ▮ states ▮ let him borrow money and bought him stuff. I/M ▮ states if he ever sees ▮ again he will KILL him. I/M ▮ mom states she will eventually find him in the casino and that ▮ was robbing her.
On 8-19-2011 @9:58am, I/M ▮ places a call to ▮ listed as ▮ according to his phone call list. I/M ▮ talks with ▮ asking you didn't talk to ▮? ▮ states no I changed my number. I/M ▮ states there had to be a reason. ▮ answers no reason just people callin me that don't even talk. I/M ▮ states he probably tried to call you. I think he got fired ▮ replies what the fuck happened now? I/M ▮ states I don't know I think I know he text my mom that he got fired he didn't say why. He don't pick up his phone. I think he changed his number. I thought he would have tried to call you but since you changed your number. The remainder of the conversation did not pertain to the above subject matter.

Reporting employee signature: ▮  Title: C/O

Report date: 08-22-11  Report time: 5:00  ☐ am ☒ pm  Type: ☐ Individual ☐ Summary



# Incident Report – Page 2
## Connecticut Department of Correction

CN 6601/2
REV 6/30/09

## NOTIFICATIONS

| | | | |
|---|---|---|---|
| Duty Officer: | Date: | Time: | ☐ am ☐ pm |
| Unit Administrator: | Date: | Time: | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | ☐ am ☐ pm |
| Central Office: | Date: | Time: | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | ☐ am ☐ pm |
| Police/Fire: | Date: | Time: | ☐ am ☐ pm |
| Public Information Officer: | Date: | Time: | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | ☐ am ☐ pm |

## CRIMINAL PROSECUTION

If a staff member was assaulted during the incident, is criminal prosecution requested?   ☐ YES   ☐ NO

Connecticut State Police investigation number:

## REVIEWS

**Supervisor:**
According to the caller GMO Hanley is bring in the contraband and has been for approximately four (4) years because he is afraid of I/M ▮▮▮▮ and according to the caller ▮▮▮▮ has threatened him (Hanley) in the past. The caller stated the contraband is being brought into the facility by GMO Hanley on at least a weekly basis.

- In Faxed To Capt Quinnos (Security Division) For review. Capt ▮▮ — 4/29/11

| Signature: | Title: Captain | Date: 4-29-11 |
|---|---|---|

**Deputy Warden:**

| Signature: | Title: | Date: |
|---|---|---|

**Unit Administrator:**

| Signature: | Title: | Date: |
|---|---|---|

**Central Office:**

| Signature: | Title: | Date: |
|---|---|---|



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 1/1/08

Facility/Unit: MacDougall Walker Correctional Institution

Report date: 08-22-11

Inmate name: Pereira, ■

Inmate number: 260677

Housing unit: A-112

Location of Incident: Phone Room

Report number:

Incident date: 08-22-11

Incident time: 12:00   ☐ am   ☒ pm

Offense: Threats

Offense class:   ☒ A   ☐ B   ☐ C

Description of violation: In accordance with Administrative Directive 10.7 and State regulations 18-81-28 to 18-81-51 Inmate Communications; this officer was reviewing a phone call placed by the above i/m on 8-15-11 at 8:22pm to 203-591-8929 listed as Jenefer Pena on his phone list. This officer utilized K-9 Officer Rodriguez to translate the conversation. I/M Pereira speaks with his mother. I/M Pereira is angry that the mother keeps talking about Tom. I/M Pereira states if he ever see's Tom again he will kill him.

I/M Pereira's verbal statement intending physical harm to another person, meets the criteria of Threats as defined in A.D. 9.5.

Witness(es):

Physical evidence:

Reporting employee (print): Allen, ■

Title: Officer

Reporting employee (signature): C/O Allen

Date: 08-22-11   Time: 1:00   ☐ am   ☒ pm   Employee requests copy:   ☒ yes   ☐ no

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☒ Administrative Detention   Date: 8/22/2011   Time: 1 07   ☐ am   ☒ pm

☐ Accused Inmate Interviewed   ☐ Informal disposition

Custody Supervisor / Unit Manager name (print): ■ PAUL

Custody Supervisor / Unit Manager signature: ■ Paul

Title: LT.   Date: 8/22/2011   Time: 4 44   ☐ am   ☒ pm

### INMATE NOTICE

Delivered by (print): DAVID GRANATA   Delivered by (signature): David Granata

Title: Officer   Date: 8.22.11   Time: 4 55   ☐ am   ☒ pm